IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Phillip Simmons, | ) | C/A No.  0:15-04957-CMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Dr. T. Jacobs; Dr. Berry Weissglass, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff brought this civil action against the defendants, alleging a violation of his constitutional rights while he was a detainee at the Charleston County Detention Center.  By order issued on January 7, 2016, the court allowed Plaintiff an opportunity to bring the case into proper form for evaluation.  (ECF No. 9.)  The order granted Plaintiff's motion to proceed *in forma pauperis* and directed him to complete a summons and Forms USM-285 to properly effect service of process.  (*Id.* at 1-2.) The order warned Plaintiff that failure to provide the necessary information within a specific time period would subject the case to dismissal.  (*Id.*)  The order also directed Plaintiff to advise the Clerk of Court in writing if his address changed.  (*Id.* at 3.)  However, the copy of the order and filing documents that were mailed to the detention center were returned as undeliverable mail.  (ECF No. 11).  The returned mail indicated that Plaintiff has been released from jail and his mail cannot be forwarded.  (*Id.*)  Plaintiff has not contacted the court since his initial filing and the time for response to the proper form order has lapsed.  As Plaintiff has failed to prosecute this case and has failed to comply with an order of this court, the case is **dismissed**

***without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure.  *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
February 9, 2016