AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Phillip Simmons, <br> *Plaintiff* <br> v. <br> Dr. T. Jacobs, Dr. Berry Weissglass, <br> *Defendants* | Civil Action No.   0:15-cv-04957-CMC-PJG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Phillip Simmons, shall take nothing of the defendants, Dr. T. Jacobs and Dr. Berry Weissglass, and this action is dismissed without prejudice.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by  the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, dismissing the action without prejudice for failure to prosecute pursuant to Rule 41(b).

Date:   February 9, 2016                                                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                     s/M. Walker
                                                                                                      *Signature of Clerk or Deputy Clerk*